Amanda K. Moran, #311090
Janay D. Kinder, #317344
MORAN LAW FIRM
1330 "L", Street, Suite A
Fresno, CA 93721-1720
Tel: (559) 264-2688
Fax:(559) 264-2683
info@moranlawfresno.com

Attorney for Defendant, Gabriel Zamora Chavez

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.: **1:19-CR-00226-DAD-BAM** |
| Plaintiff, | **STIPULATION AND ORDER TO VACATE STATUS CONFEENCE AND SET SUPPRESSION MOTION SCHEDULE** |
| vs. | |
| GABRIEL ZAMORA CHAVEZ, et al | Date:   March 09, 2020 |
| Defendants | Time: |
| | Dept: |

IT IS HEREBY STIPULATED by and between Amanda Moran, attorney for defendant Zamora; Janay Kinder, attorney for defendant Aparicio; and McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney that the status conference set for March 9, 2020, before the Honorable Barbara A. McAuliffe, U.S. Magistrate Court Judge, be vacated, and a briefing and hearing schedule be set on a motion to suppress. The parties stipulate and request that the Court set the following schedule:

1. Motion to Suppress:  filed on or before March 30, 2020.

2. Government's Response:  filed on or before April 27, 2020.

3. Any reply:  filed on or before May 4, 2020.

Stipulation Vacating Status Conference/ Setting Motion Schedule

1

4.  Hearing on the motion:  May 11, 2020 at 10:00 am before the Honorable Dale A. Drozd, United States District Court Judge.

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, that the delay through the filing of the motion is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A), and that the delay from the date of the filing of the motion through the conclusion of the hearing on, or other prompt disposition of such motion, at least through May 11, 2020, be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D).


Dated: March 4, 2020                               Respectfully Submitted,
                                                   **MORAN LAW FIRM**



                                                   /s/ Janay D. Kinder
                                                   Janay D. Kinder
                                                   ***Attorney for Gabriel Zamora***

Dated: March 4, 2020                               /s/ Amanda Moran
                                                   Amanda K. Moran
                                                   ***Attorney for Valdemar Zamora***


Dated: March 4, 2020
                                                   /s/ Kimberly A. Sanchez
                                                   Kimberly A. Sanchez
                                                   ***Assistant U.S. Attorney***

## **ORDER**

The status conference set for March 9, 2020 is vacated and the briefing schedule and motion hearing date are adopted.  Time shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A), and that the delay from the date of the filing of the motion through the

Stipulation Vacating Status Conference/ Setting Motion Schedule

2

conclusion of the hearing on, or other prompt disposition of such motion, at least through May 11, 2020, be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated:   **March 4, 2020**                    /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE

Stipulation Vacating Status Conference/ Setting Motion Schedule