1  PHILLIP A. TALBERT
United States Attorney
2  KIMBERLY A. SANCHEZ
LAURA JEAN BERGER
3  Assistant United States Attorneys
2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
United States of America
7

8
IN THE UNITED STATES DISTRICT COURT
9
EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00226-DAD-BAM
12 | Plaintiff, | STIPULATION TO CONTINUE SENTENCING DATE; ORDER
13 | v. |
14 | GABRIEL CHAVEZ ZAMORA ET AL., | DATE: July 25, 2022
TIME: 9:00 a.m.
COURT: Hon. Dale A. Drozd
15 | Defendants. |

16

17                                    **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendants, by and
19  through defendants' counsel of record, hereby stipulate as follows:
20        1.      By previous order, this matter was set for sentencing on July 25, 2022.
21        2.      By this stipulation, defendants now move to continue the sentencing until September 19,
22  2022. As this is a sentencing and a change of plea has already been entered, no exclusion of time under
23  the Speedy Trial Act is required.
24        3.      The parties agree and stipulate, and request that the Court find the following:
25                a)      Counsel for defendants desire additional time to work with defendants and with
26  Probation in preparation for sentencing.
27                b)      Counsel for defendants believe that failure to grant the above-requested
28  continuance would deny them the reasonable time necessary for effective preparation, taking into

1

account the exercise of due diligence.

   c) The government does not object to the continuance.

IT IS SO STIPULATED.

| Dated: June 15, 2022 | PHILLIP A. TALBERT<br>United States Attorney |
|---|---|
| | /s/ LAURA JEAN BERGER<br>LAURA JEAN BERGER<br>Assistant United States Attorney |
| Dated: June 15, 2022 | /s/ JANAY KINDER<br>JANAY KINDER<br>Counsel for Defendant<br>GABRIEL CHAVEZ ZAMORA |
| Dated: June 15, 2022 | /s/ AMANDA MORAN<br>AMANDA MORAN<br>Counsel for Defendant<br>VALDEMAR ZAMORA APARICIO |

**ORDER**

Pursuant to the parties' stipulation, the sentencing hearing previously scheduled for July 25, 2022, is vacated and this case as to both defendants is now scheduled for sentencing on September 19, 2022, at 9:00 a.m. before the assigned district judge.

IT IS SO ORDERED.

Dated:  **June 16, 2022**      _/s/ Dale A. Drozd_
                UNITED STATES DISTRICT JUDGE

2