UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GABRIEL ZAMORA CHAVEZ, et al.,<br><br>Defendants. | No.  1:19-cr-00226-ADA-BAM<br><br>ORDER OF RECUSAL AND ORDER FOR CLERK OF COURT TO REASSIGN CASE |

After review of this case, the undersigned believes it appropriate to recuse herself due to the existence of a potential conflict, pursuant to 28 U.S.C. § 455(a).  Accordingly, the Clerk of Court shall reassign this matter to District Judge Jennifer L. Thurston for all further proceedings, making appropriate adjustments in the assignments of criminal cases to compensate for such reassignment.

IT IS SO ORDERED.

Dated:   January 28, 2023

UNITED STATES DISTRICT JUDGE

1