PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00226-JLT-BAM |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| VALDEMAR ZAMORA APARICIO, and GABRIEL CHAVEZ ZAMORA, | |
| Defendants. | |

On June 14, 2022, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendants Valdemar Zamora Aparicio and Gabriel Chavez Zamora in the following property:

    a. HS Product Model XD40 .40 caliber pistol with serial number XD598317, and all ammunition seized in this case; and,

    b. Miscellaneous cellular phones.

Beginning on July 8, 2022, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

///

The Court has been advised that the United States sent direct written notice by certified mail to the following individual known to have a potential interest in the property:

    a. Christian Sandoval Rojas: A notice letter was sent via certified mail to Christian Sandoval Rojas at 800 Paradise Road, Unit 42, Modesto, CA 95351-3170 on July 15, 2022. The USPS Tracking Results show delivery of the certified mail envelope on July 18, 2022.

The Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1), 21 U.S.C. § 853(a), and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Valdemar Zamora Aparicio, Gabriel Chavez Zamora, and Christian Sandoval Rojas.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **April 21, 2023**

_(signature)_
UNITED STATES DISTRICT JUDGE