# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VALDEMAR ZAMORA APARICIO,<br><br>Defendant. | Case No. 1:19-cr-00226-JLT-BAM<br><br>ORDER REFERRING MOTION FOR COMPASSIONATE RELEASE TO FEDERAL DEFENDER'S OFFICE AND SETTING BRIEFING SCHEDULE<br><br>(Doc. 92) |

Defendant Omar Juarez Andrade was sentenced in this action on March 27, 2023. (Doc. 87.) On September 15, 2023, Defendant filed a pro se motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (Doc. 92.)[1]

Pursuant to General Order No. 595, the Federal Defender's Office ("FDO") is appointed to represent defendant in connection with the motion for compassionate release. The FDO shall have 60 days from the date of this order to file a supplement to defendant's *pro se* motion or to notify the court and the government it does not intend to file a supplement. Thereafter, absent further order from the Court amending the deadlines, the government shall have 30 days from the date of the FDO's filing to file an opposition to defendant's motion. Any reply shall be filed within 15 days of the filing of any opposition by the government.

---

[1] Defendant has also filed a pro se motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(2), which will be addressed by a separate minute order.

1  The Clerk of the Court is directed to include Assistant Federal Defenders Ann McClintock (Ann_McClintock@fd.org) and Carolyn Wiggin (Carolyn_Wiggin@fd.org), as well as Sara Thomas with the United States Attorney's Office (Sara.Thomas@usdoj.gov) in the CM/ECF's Notice of Electronic Filing in this action.

IT IS SO ORDERED.

Dated:   **November 29, 2023**

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE