HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ANN C. McCLINTOCK, CSB #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Facsimile: (916) 498-5710

Attorneys for Defendant
VALDEMAR ZAMORA APARICIO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>VALDEMAR ZAMORA APARICIO,<br>Defendant. | Case No. 1:19-CR-00226 JTL<br>**STIPULATION AND [~~PROPOSED~~] ORDER TO AMEND BRIEFING SCHEDULE**<br>Judge: Hon. Jennifer L. Thurston |

It is hereby stipulated and agreed to between the United States of America, by and through KIMBERLY A. SANCHEZ, Assistant United States Attorney, and defendant VALDEMAR ZAMORA APARICIO, by and through his counsel, ANN C. McCLINTOCK, Assistant Federal Defender, that the following briefing schedule be set to give the parties sufficient time to review needed records. This additional time is requested due to delays experienced by the defense in communicating with the defendant and the resulting need to provide additional follow-up work.

Defendant's Supplemental Brief in support of his Motion for Reduction in Sentence pursuant to 18 U.S.C. § 3582(c)(1)(A), docket entry no. 92, or Notice of not

filing such a brief, shall be filed by March 8 2024. The government's Response shall be filed by April 8, 2024. Defendant's Reply shall be filed by April 23, 2024.

DATED: February 8, 2025

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*s/ Ann C. McClintock*
ANN C. McCLINTOCK
Assistant Federal Defender
Attorney for Defendant
VALDEMAR ZAMORA APARICIO

DATED: February 8, 2024

PHILLIP A. TALBERT
United States Attorney

*s/ Kimberly A. Sanchez*
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
Attorney for Plaintiff

* * *

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

Dated: **February 8, 2024**

UNITED STATES DISTRICT JUDGE