UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-CR-00226 JLT BAM |
|---|---|
| Plaintiff, | |
| v. | ORDER SETTING BRIEFING SCHEDULE FOR PENDING 28 U.S.C. § 2255 MOTION |
| VALDEMAR ZAMORA APARICIO, | (Doc. 103) |
| Defendant. | |

Defendant Valdemar Zamora Aparicio filed a *pro se* Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 on March 5, 2024.  The Court reviewed the motion and would be aided by a response from the government.  Accordingly, the government shall have until **May 24, 2024** to file any opposition, and defendant Zamora Aparicio shall have until **July 12, 2024** to file a reply.

IT IS SO ORDERED.

Dated:   **April 8, 2024**

UNITED STATES DISTRICT JUDGE