PHILLIP A. TALBERT
United States Attorneys
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VALDEMAR ZAMORA APARICIO,<br><br>Defendant. | CASE NO. 1:19-CR-00226-JLT-BAM<br><br>[~~PROPOSED~~] ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME |

On May 8, 2024 the Government requested an extension of time to May 22, 2024, to file its response or opposition to defendant's *pro se* motion for compassionate release motion (Docket No. 92).

IT IS HEREBY ORDERED that the Government's request for an additional extension is granted. The Government's response is now due May 22, 2024.

IT IS SO ORDERED.

Dated:   **May 13, 2024**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE

1