MICHELE BECKWITH
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>VALDEMAR ZAMORA APARICIO,<br><br>                    Defendant. | CASE NO.  1:19-CR-00226-JLT-BAM<br><br>[~~PROPOSED~~] ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME |

On January 22, 2025 the Government requested an extension of time to March 24, 2025, to file

its response or opposition to defendant's *pro se* motion to vacate (Docket No. 103).

IT IS HEREBY ORDERED that the Government's request for an extension is granted.  The

Government's response is now due March 24, 2025.

IT IS SO ORDERED.

Dated:    **January 27, 2025**

_____
UNITED STATES DISTRICT JUDGE

1